UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES D. SMITH,<br><br>                Plaintiff,<br><br>    v.<br><br>BRIAN MCGARVIE, *et al*.,<br><br>                Defendants. | Case No.  C05-5156RJB<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTION |

The Court, having reviewed plaintiff's motions for injunction relief, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, plaintiff's objections and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation; plaintiff has not shown that he is likely to succeed on the merits of his claim, nor has he shown he would be irreparably harmed absent the court's intervention;

(2) Plaintiff's motions for preliminary injunction relief (Dkts. 21 & 23) are DENIED; and

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge J. Kelley Arnold.

DATED this 6th day of September, 2005.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge